# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FISHER, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION<br>(ECF No. 7)<br><br>ORDER DENYING MOTIONS FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AS MOOT<br>(ECF Nos. 9, 10)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 2) |

　　　　Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 14, 2019, the Court issued findings and a recommendation that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. (ECF No. 7.) Specifically, the Court noted that Plaintiff held a current available balance of $708.56 in his inmate trust account and could therefore afford the costs of this action. (Id. at 1.) Currently before the Court are Plaintiff's motions for a thirty-day extension of time to file his objections to the findings and recommendation and to file a request for reconsideration. (ECF Nos. 9, 10.)

///

Upon further review of the trust account statement submitted, it appears that Plaintiff's current available balance is $210.56, rather than $708.56. (Doc. No. 6.) As such, the Court finds it proper to vacate the findings and recommendation of May 14, 2019. Plaintiff's motions for extension of time to file his objections and a request for reconsideration of the findings and recommendation are therefore denied as moot.

Finally, Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 14, 2019, (ECF No. 7), are VACATED;

2. Plaintiff's motions for thirty-day extension of time to file objections, (ECF Nos. 9, 10), are DENIED as moot;

3. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is GRANTED;

4. **The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

5. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **June 5, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE