UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>            Plaintiff,<br><br>    v.<br><br>FISHER, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 12) |

Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On June 5, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 11.) On June 10, 2019, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 12.)

It appears the Court's order has crossed in the mail with Plaintiff's motion. As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed. Accordingly, Plaintiff's June 10, 2019 motion to proceed *in forma pauperis*, (ECF No. 12), is DENIED as moot.

IT IS SO ORDERED.

Dated:  **June 12, 2019**          /s/ *Barbara A. McAuliffe*          
                              UNITED STATES MAGISTRATE JUDGE

1