# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>FISHER, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT<br><br>(ECF No. 14) |

Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 11.)

On June 10, 2019, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 12.) As it appeared the Court's order granting Plaintiff's original application to proceed *in forma pauperis* crossed in the mail with Plaintiff's motion, the Court denied the June 10 motion as moot. (ECF No. 13.) On June 17, 2019, Plaintiff filed a motion for reconsideration. (ECF No. 14.) Specifically, Plaintiff requests that the Court reconsider the denial of his motion to proceed *in forma pauperis*.

As discussed above, **Plaintiff's motion to proceed *in forma pauperis* has already been granted** by the Court's June 5, 2019 order. As such, Plaintiff's motion for reconsideration is

unnecessary, and no further applications to proceed *in forma pauperis* need to be filed in this action. Plaintiff is proceeding *in forma pauperis* in this action.

Accordingly, Plaintiff's motion for reconsideration, (ECF No. 14), is DENIED as moot.

IT IS SO ORDERED.

Dated: **June 18, 2019**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE