# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br>　　　　　Plaintiff,<br><br>v.<br><br>FISHER, et al.<br>　　　　　Defendant. | 1:19-cv-00625-AWI-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT NATHAN HUNTER, CDC # AS-4467, PLAINTIFF<br><br>DATE: February 21, 2020<br>TIME:  9:30 a.m. |

**Nathan Hunter, inmate, CDC #AS-4467**, a necessary and material witness on his own behalf in proceedings in this case on February 21, 2020, is confined at Kern Valley State Prison, 3000 West Cecil Ave., Delano, CA 93216-6000, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone in Courtroom #9,  6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on February 21, 2020, at 9:30 a.m.

## ACCORDINGLY, IT IS ORDERED that:

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison**

　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **January 22, 2020**　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

