UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FISHER, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE NATHAN HUNTER, CDCR # AS-4467 |

A settlement conference in this matter commenced on February 21, 2020. Inmate Nathan Hunter, CDCR # AS-4467, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 21, 2020**

UNITED STATES MAGISTRATE JUDGE

1