# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FISHER, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER<br><br>(ECF No. 38) |

Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Cui,[1] Thompson, Fisher, and Hernandez for excessive force in violation of the Eighth Amendment.

On December 16, 2019, Defendants answered Plaintiff's complaint. (ECF No. 25.) On March 2, 2020, Plaintiff filed a response to Defendants' answer. (ECF No. 38.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendants' answer and declines to make such an order.

---

[1] Erroneously sued as Defendant "Chi."

1

Accordingly, Plaintiff's response to Defendants' answer, filed on March 2, 2020, (ECF No. 38), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **March 4, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE