# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>              Plaintiff,<br><br>     v.<br><br>FISHER, *et al.*,<br><br>              Defendants. | Case No.  1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 41, 42) |

Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2020, the assigned Magistrate Judge issued an order denying Plaintiff's motion for modification of the Discovery and Scheduling Order and findings and recommendations recommending that Plaintiff's motion for preliminary injunction be denied for lack of jurisdiction.  (ECF No. 42.)  The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Id. at 4–5.)  Plaintiff has not filed objections, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 17, 2020, (ECF No. 42), are adopted in full;
2. Plaintiff's motion for preliminary injunction, (ECF No. 41), is denied; and
3. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   June 26, 2020                                    _____
                                                          SENIOR DISTRICT JUDGE