1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    NATHAN HUNTER,                          Case No.  1:19-cv-00625-AWI-BAM (PC)

12                  Plaintiff,                **ORDER GRANTING IN PART PLAINTIFF'S
                                              MOTION REQUESTING TO CONSENT TO**
13          v.                                **MAGISTRATE JUDGE**
                                              (ECF No. 75)
14    FISHER, *et al.*,
                                              **ORDER DIRECTING CLERK OF COURT TO
15                  Defendants.               SERVE BLANK CONSENT/DECLINE FORM
                                              ON PLAINTIFF**
16
                                              **THIRTY (30) DAY DEADLINE**
17

18          Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against

20   Defendants Cui,[1] Thompson, Fisher, and Hernandez for excessive force in violation of the Eighth

21   Amendment.

22          On May 5, 2022, Plaintiff filed a "Motion Requesting to Consent to Magistrate Judge."

23   (ECF No. 75.)  In the motion, Plaintiff asks if he can consent to a Magistrate Judge.  (*Id.*)

24          Plaintiff is informed that pursuant to Federal Rule of Civil Procedure 73, he may consent

25   to conduct this civil action, including trial, before a Magistrate Judge.  Fed. R. Civ. P. 73(a).

26   Plaintiff is free to withhold his consent to Magistrate Judge jurisdiction without adverse

27   _____

28   [1] Erroneously sued as "Chi."

                                              1

1    substantive consequences.

2           If Plaintiff wishes to consent to Magistrate Judge jurisdiction, he may submit a

3    consent/decline form with a signature in the appropriate box and file it with the Court.  The Court

4    will direct the Clerk of the Court to send Plaintiff a copy of a blank consent/decline form.  Only

5    court staff and attorneys will be able to view the contents of the form.

6           Accordingly, IT IS HEREBY ORDERED as follows:

7    1.   Plaintiff's motion requesting to consent to Magistrate Judge, (ECF No. 75), is GRANTED

8         IN PART, as discussed above;

9    2.   The Clerk of the Court is directed to serve Plaintiff a blank copy of the consent/decline

10        form at his current address of record; and

11   3.   Plaintiff's signed consent/decline of U.S. Magistrate Judge jurisdiction form is due **thirty**

12        **(30) days** from the date of service of this order.

13

14   IT IS SO ORDERED.

15    Dated:   __May 7, 2022__              ___/s/ Barbara A. McAuliffe___

16                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                        2