# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>    Plaintiff,<br><br>  v.<br><br>FISHER, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER LIFTING STAY OF DISCOVERY AND RESETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>Discovery Deadline: **June 28, 2023**<br>Dispositive Motion Deadline: **August 28, 2023** |

  Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Cui, Thompson, Fisher, and Hernandez for excessive force in violation of the Eighth Amendment.

  On July 6, 2020, the Court granted Defendants' motion to stay discovery and vacate the deadlines in the Court's discovery and scheduling order pending disposition of their motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies. (ECF No. 53.) On October 8, 2020, during the briefing on Defendants' summary judgment motion, Plaintiff filed a motion for leave to amend the complaint, together with a proposed first amended complaint. (ECF Nos. 62, 63.) Defendants did not file a response. Considering the motion unopposed, the Court granted the motion to amend on January 27, 2023. (ECF No. 82.) The Court also denied the motion for summary judgment, without prejudice to re-filing, in light of the decision in

1  *Saddozai v. Davis*, 35 F.4th 705 (9th Cir. 2022). (*Id.*)  Defendants were directed to either re-file
2  their motion for summary judgment on the issue of exhaustion, including a discussion as to the
3  applicability of the *Saddozai* decision to the instant action and Plaintiff's first amended complaint
4  or to file a notice that they do not intend to re-file their motion. (*Id.*)

5        On February 27, 2023, Defendants filed a notice indicating that they do not intend to re-
6  file their motion for summary judgment on the issue of exhaustion. (ECF No. 83.)  This action
7  therefore proceeds on Plaintiff's first amended complaint against Defendants Cui, Thompson,
8  Fisher, and Hernandez for excessive force in violation of the Eighth Amendment.

9        Accordingly, the Court finds it appropriate and necessary to lift the stay of discovery and
10  reset the discovery and dispositive motion deadlines. Fed. R. Civ. P. 16.

11        Based on the foregoing, IT IS HEREBY ORDERED that:

12     1. The stay of discovery is LIFTED;

13     2. The deadline for the completion of all discovery, including filing all motions to
14        compel discovery, shall be **June 28, 2023**.  Absent good cause, discovery motions will
15        not be considered if filed after the discovery deadline.  Therefore, discovery requests
16        and deposition notices must be served sufficiently in advance of the discovery
17        deadline to permit time for a response and time to prepare and file a motion to compel;

18     3. The deadline for filing all dispositive motions (other than a motion for summary
19        judgment for failure to exhaust) shall be **August 28, 2023**; and

20     4. Any request for an extension of these deadlines must be filed on or before the
21        expiration of the deadline.  <u>However, the parties are advised that an extension of time</u>
22        <u>will only be granted upon a clear showing of good cause.</u>

23
24  IT IS SO ORDERED.

25     Dated: **February 28, 2023**           /s/ *Barbara A. McAuliffe*
26                                                           UNITED STATES MAGISTRATE JUDGE
27
28