# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FISHER, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:19-cv-00625-AWI-BAM (PC)<br><br>ORDER CONSTRUING FILING AS MOTION FOR SETTLEMENT CONFERENCE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE WITHOUT PREJUDICE<br><br>(ECF No. 85) |

Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Cui, Thompson, Fisher, and Hernandez for excessive force in violation of the Eighth Amendment.  Following resolution of Defendants' motion for summary judgment on the issue of exhaustion, the deadline for completion of all discovery is June 28, 2023, and the deadline for filing all dispositive motions is August 28, 2023.  (ECF No. 84.)

On March 6, 2023, Plaintiff filed a document titled Notice of Confidential Settlement Statement with Attached Confidential Settlement Statement, which was filed as a sealed docket entry.  (ECF No. 85.)  Upon review of the filing, it appears that the parties have recently engaged in telephonic settlement discussions, but have been unable to reach an agreement.  Plaintiff is requesting that the Court order the parties to attend an in-person settlement conference and to negotiate in good faith.  (*Id.*)

1

1       As Plaintiff submitted his filing as a confidential statement, which is filed as a sealed
2  docket entry, Defendants are unable to file a reply.  However, the Court finds a reply
3  unnecessary.  The Court will construe the filing as a motion for a settlement conference, and the
4  motion is deemed submitted.  Local Rule 230(l).
5       Without a clear indication from all parties to the action that they are willing to attend a
6  settlement conference—whether in person or by video conference—the Court does not find that it
7  would be an efficient use of judicial resources to set this case for a settlement conference at this
8  time.  The parties are reminded that they are free to continue settlement discussions in this matter
9  without judicial involvement at any time by communicating among themselves.  If in the future
10 the parties jointly decide that this action would benefit from a Court-facilitated settlement
11 conference, they may so inform the Court.
12      Accordingly, IT IS HEREBY ORDERED as follows:
13   1. Plaintiff's March 6, 2023 filing, (ECF No. 85), is CONSTRUED as a motion for
14      settlement conference; and
15   2. Plaintiff's motion for a settlement conference, (ECF No. 85), is DENIED without
16      prejudice.

IT IS SO ORDERED.

Dated:   **March 7, 2023**              /s/ *Barbara A. McAuliffe*  _
                                        UNITED STATES MAGISTRATE JUDGE

2