# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>        Plaintiff,<br><br>   v.<br><br>FISHER, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00625-ADA-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY<br>(ECF No. 88)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br>(ECF No. 90)<br><br>Defendants' Discovery Responses Due: **July 7, 2023**<br>Discovery Deadline: **July 28, 2023**<br>Dispositive Motion Deadline: **September 27, 2023** |

Plaintiff Nathan Hunter ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Cui, Thompson, Fisher, and Hernandez for excessive force in violation of the Eighth Amendment.

Pursuant to the Court's February 28, 2023 order resetting discovery and dispositive motion deadlines, the deadline for completion of discovery is June 28, 2023, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is August 28, 2023. (ECF No. 84.)

///

1

Currently before the Court is Defendants' motion to extend the discovery and dispositive motion deadlines by thirty days and to extend the deadline to respond to Plaintiff's discovery requests by two weeks, filed May 25, 2023.  (ECF No. 88.)  Defendants explain that additional time is needed to respond to Plaintiff's discovery requests due to settlement discussions and defense counsel's additional pressing case- and supervising-related obligations.  Plaintiff informed counsel during a May 25, 2023 phone call that he did not agree to any further extensions of time for Defendants' discovery responses.  (*Id.* at 7.)

On June 28, 2023, in lieu of an opposition, Plaintiff filed a motion to compel discovery.  (ECF No. 90.)  Plaintiff argues that he properly and timely served his discovery requests, and informally agreed to two extensions of time.  However, as of June 25, 2023, the date the motion is signed, he still has not received discovery responses from Defendants.  Plaintiff therefore seeks an order compelling discovery responses from Defendants, and a modification of the scheduling order (although Plaintiff does not specify what modification he seeks).  (*Id.*)

After review of the filings, the Court finds that further responses from the parties are not necessary, and the motions are deemed submitted.  Local Rule 230(l).

Having considered Defendants' request, the Court finds good cause to grant the requested modification of the discovery and scheduling order.  Fed. R. Civ. P. 16(b)(4).  Defendants are unable to meet the current deadlines due to good faith settlement discussions and ongoing case responsibilities.  <u>Defendants are cautioned, however, any further requests for extensions based on settlement discussions will be denied for lack of good cause</u>.  Thus, the extensions of the discovery and dispositive motion deadlines are appropriate, and will not prejudice Plaintiff, who also appears to seek some form of modification of the scheduling order to permit completion of discovery.

Plaintiff's motion to compel is also granted, in part.  As Defendants previously requested a deadline of June 15, 2023 for submission of their discovery responses to Plaintiff, it is not clear why Plaintiff had not received responses from Defendants by June 25, 2023, when he submitted his motion to compel.  Accordingly, the Court finds that the motion to compel is granted, to the extent such responses were not already served.  If Defendants cannot meet the deadline set here

for submission of their discovery responses, they may file a motion demonstrating diligence supporting a further extension of this deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order, (ECF No. 88), is GRANTED, as follows:
   a. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended from June 28, 2023 to **July 28, 2023**;
   b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from August 28, 2023 to **September 27, 2023**;
2. Plaintiff's motion to compel discovery, (ECF No. 90), is GRANTED IN PART;
3. Defendants' responses to Plaintiff's interrogatories and requests for production of documents, if not already served on Plaintiff prior to the date of this order, shall be served on or before **July 7, 2023**;
4. All other requirements set forth in the Court's February 24, 2020 discovery and scheduling order, (ECF No. 34), remain in place; and
5. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:  **June 30, 2023**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

3